# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Firestone, Nancy B. | United States Court of Federal Claims | 5/5/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
National Courts Building
717 Madison Place, NW
Washington, DC 20005

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor -- 2016 Fall Semester -- LLM Course | Georgetown University Law Center |
| 2. | Adjunct Professor -- 2016 Spring Semester -- Litigation Seminar Course Law | Georgetown University Law Center |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Georgetown University Law Center - Fall Semseter LLM | $1,500.00 |
| 2. | 2016 | Georgetown University Law Center - Spring Semester Seminar Law School | $3,750.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Firestone, Nancy B.** | 5/5/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank NA | Mortgage on rental property | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DOJ Credit Union (Cash Account) | A | Interest | J | T | | | | | |
| 2. Resverlogix Corp. | A | Dividend | J | T | | | | | |
| 3. Wells Fargo (Cash Account) | A | Interest | J | T | | | | | |
| 4. TD Ameritrade (Cash Account) | A | Dividend | M | T | | | | | |
| 5. Rental Property, Arlington, VA | E | Rent | J | W | | | | | |
| 6. Amazon I | A | Dividend | J | T | | | | | |
| 7. Expedia I | A | Dividend | | | Sold | 5/4/2016 | J | | |
| 8. Mariott Int'l I | A | Dividend | | | Sold | 01/19/16 | J | | |
| 9. Starbucks I | A | Dividend | K | T | | | | | |
| 10. TJX Companies I | A | Dividend | J | T | | | | | |
| 11. VF Corp. I | A | Dividend | | | Sold | 01/19/16 | J | | |
| 12. Walt Disney I | A | Dividend | J | T | | | | | |
| 13. Costco Wholesale Corp I | A | Dividend | | | Sold | 04/08/16 | J | A | |
| 14. CVS I | A | Dividend | J | T | | | | | |
| 15. Nestle I | A | Dividend | J | T | | | | | |
| 16. Tyson Foods I | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 17. Unilever ADR I | A | Dividend | | | Sold | 12/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon I | A | Dividend | J | T | | | | | |
| 19. Schlumberg, Ltd I | A | Dividend | J | T | | | | | |
| 20. Suncor Energy, Inc. I | A | Dividend | | | Sold | 04/08/16 | J | | |
| 21. American International Group I | A | Dividend | | | Sold | 06/09/16 | J | A | |
| 22. Berkshire Hathaway, Inc. (Cl. B) I | A | Dividend | K | T | | | | | |
| 23. Citigroup I | A | Dividend | J | T | | | | | |
| 24. CME Group, Inc. I | A | Dividend | J | T | | | | | |
| 25. Goldman Sachs Group, Inc. I | A | Dividend | J | T | | | | | |
| 26. NASDAQ, Inc. I | A | Dividend | J | T | | | | | |
| 27. Starwood Property Tr. Inc. I | A | Dividend | J | T | | | | | |
| 28. US Bancorp I | A | Dividend | J | T | | | | | |
| 29. Visa, Inc. I | A | Dividend | J | T | | | | | |
| 30. Washington Federal, Inc. I | A | Dividend | J | T | | | | | |
| 31. Henry Schein, Inc. I | A | Dividend | J | T | | | | | |
| 32. Illumina, Inc. I | A | Dividend | | | Sold | 12/21/16 | J | | |
| 33. Johnson & Johnson I | A | Dividend | J | T | | | | | |
| 34. Merck & Co., Inc. I | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Novartis AG (ADR) I | A | Dividend | | | Sold | 04/08/16 | J | | |
| 36. Quintiles Trans. Holdings I | A | Dividend | | | Sold | 07/06/16 | J | A | |
| 37. Roche Hldg, Ltd (ADR) I | A | Dividend | | | Sold | 12/22/16 | J | | |
| 38. UnitedHealth Group, Inc. I | A | Dividend | J | T | | | | | |
| 39. Daifuku Co. Lts I | A | Dividend | J | T | | | | | |
| 40. Danaher Corp. I | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 41. Delta Airlines, Inc. I | A | Dividend | J | T | | | | | |
| 42. Kuku AG I | A | Dividend | | | Sold | 05/31/16 | J | A | |
| 43. Roper Technologies I | A | Dividend | | | Sold | 07/26/16 | J | | |
| 44. 3M Co. I | A | Dividend | | | Sold | 01/19/16 | J | | |
| 45. Accenture I | A | Dividend | J | T | | | | | |
| 46. Alphabet Inc. (Cl. A) I | A | Dividend | J | T | | | | | |
| 47. Apple Computer I | A | Dividend | J | T | | | | | |
| 48. Cicso Systems, Inc. I | A | Dividend | J | T | | | | | |
| 49. Microsoft Corp. I | A | Dividend | J | T | | | | | |
| 50. NVIDIA Corp. I | A | Dividend | K | T | | | | | |
| 51. Red Hat, Inc. I | A | Dividend | | | Sold | 05/24/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ecolabs I | A | Dividend | J | T | | | | | |
| 53. Praxiar, Inc. I | A | Dividend | | | Sold | 01/19/16 | J | | |
| 54. Verizon I | A | Dividend | J | T | | | | | |
| 55. American Electric Power I | A | Dividend | J | T | | | | | |
| 56. First Energy I | A | Dividend | K | T | | | | | |
| 57. Resverlogix I | A | Dividend | J | T | | | | | |
| 58. AOD I | A | Dividend | J | T | | | | | |
| 59. PSF I | A | Dividend | J | T | | | | | |
| 60. BRUFX I | A | Dividend | K | T | | | | | |
| 61. DODFX I | A | Dividend | J | T | | | | | |
| 62. ETGLX I | A | Dividend | | | Sold | 11/15/16 | J | A | |
| 63. HDPSX I | A | Dividend | | | Sold | 11/15/16 | J | A | |
| 64. OAKBX I | A | Dividend | K | T | | | | | |
| 65. OAKIX I | A | Dividend | J | T | | | | | |
| 66. OAKLX I | A | Dividend | J | T | | | | | |
| 67. POAGX I | A | Dividend | K | T | | | | | |
| 68. PHNHX I | A | Dividend | | | Sold | 11/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TREMX I | A | Dividend | K | T | | | | | |
| 70. VGPMX I | A | Dividend | J | T | | | | | |
| 71. Nextera I | A | Dividend | J | T | Buy | 02/03/16 | J | | |
| 72. Nike I | A | Dividend | J | T | Buy | 02/03/16 | J | | |
| 73. Pepsico I | A | Dividend | J | T | Buy | 02/03/16 | J | | |
| 74. General Mills I | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 75. EOG I | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 76. Royal Dutch Shell I | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 77. Spectra I | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 78. Target I | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 79. Siruis I | A | Dividend | J | T | Buy | 07/05/16 | J | | |
| 80. GE I | A | Dividend | J | T | Buy | 07/14/16 | J | | |
| 81. Intuitive Surgical I | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 82. Fanuc I | A | Dividend | J | T | Buy | 08/01/16 | J | | |
| 83. Amazon II | A | Dividend | J | T | | | | | |
| 84. Expedia II | A | Dividend | | | Sold | 04/25/16 | J | A | |
| 85. Mariott Intl II | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nike II | A | Dividend | | | Sold | 11/15/16 | J | A | |
| 87. Starbucks II | A | Dividend | J | T | | | | | |
| 88. TJX II | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 89. VF Corp II | A | Dividend | J | T | | | | | |
| 90. Disney II | A | Dividend | J | T | | | | | |
| 91. Costco Wholesale Corp II | A | Dividend | | | Sold | 06/24/16 | J | A | |
| 92. CVS II | A | Dividend | J | T | | | | | |
| 93. Nestle II | A | Dividend | J | T | | | | | |
| 94. Tyson Foods II | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 95. Unilever ADR II | A | Dividend | J | T | | | | | |
| 96. EOG II | A | Dividend | J | T | | | | | |
| 97. Exxon II | A | Dividend | J | T | | | | | |
| 98. Schlumberger, Ltd II | A | Dividend | J | T | | | | | |
| 99. Suncor Energy, Inc. II | A | Dividend | | | Sold | 02/11/16 | J | A | |
| 100. American International Group II | A | Dividend | | | Sold | 06/14/16 | J | A | |
| 101. Berkshire Hathaway, Inc. (Cl. B) II | A | Dividend | J | T | | | | | |
| 102. Citigroup II | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CME Group, Inc. II | A | Dividend | J | T | | | | | |
| 104. Goldman Sachs Group, Inc. II | A | Dividend | J | T | | | | | |
| 105. NASDAQ, Inc. II | A | Dividend | J | T | | | | | |
| 106. Starwood Property Tr. Inc., II | A | Dividend | J | T | | | | | |
| 107. US Bancorp II | A | Dividend | J | T | | | | | |
| 108. Visa, Inc. II | A | Dividend | J | T | | | | | |
| 109. Washington Federal, Inc. II | A | Dividend | J | T | | | | | |
| 110. Henry Schein, Inc. II | A | Dividend | J | T | | | | | |
| 111. Illumina, Inc., II | A | Dividend | J | T | | | | | |
| 112. Johnson & Johnson II | A | Dividend | J | T | | | | | |
| 113. Merck & Co., Inc. II | A | Dividend | J | T | | | | | |
| 114. Novartis AG (ADR) II | A | Dividend | | | Sold | 02/11/16 | J | A | |
| 115. Quintiles Trans. Holdings, II | A | Dividend | | | Sold | 06/15/16 | J | A | |
| 116. Roche Hldg, Ltd (ADR) II | A | Dividend | | | Sold | 09/09/16 | J | A | |
| 117. UnitedHealth Group, Inc. II | A | Dividend | | | Sold | 11/15/16 | J | A | |
| 118. Daifuku Co. Ltd, II | A | Dividend | J | T | | | | | |
| 119. Danaher Corp. II | A | Dividend | | | Sold | 09/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Delta Airlines, Inc., II | A | Dividend | J | T | | | | | |
| 121. Kuku AG II | A | Dividend | | | Sold | 06/23/16 | J | A | |
| 122. Roper Technologies II | A | Dividend | | | Sold | 06/14/16 | J | A | |
| 123. 3M Co. II | A | Dividend | J | T | | | | | |
| 124. Accenture II | A | Dividend | J | T | | | | | |
| 125. Alphabet Inc. (Cl. A) II | A | Dividend | K | T | | | | | |
| 126. Apple Computer II | A | Dividend | J | T | | | | | |
| 127. Cicso Systems, Inc. II | A | Dividend | J | T | | | | | |
| 128. Microsoft Corp. II | A | Dividend | J | T | | | | | |
| 129. NVIDIA Corp. II | A | Dividend | J | T | | | | | |
| 130. Red Hat, Inc. II | A | Dividend | | | Sold | 05/24/16 | J | A | |
| 131. Ecolabs II | A | Dividend | J | T | | | | | |
| 132. Praxiar, Inc. II | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 133. Verizon II | A | Dividend | J | T | | | | | |
| 134. American Electric Power II | A | Dividend | J | T | | | | | |
| 135. NexEra Energy Inc. II | A | Dividend | J | T | | | | | |
| 136. Dialogic II | A | Dividend | J | T | Buy | 06/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Nordia Bank II | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 138.  Echolabs II | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 139.  Pepsico II | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 140.  General Mills II | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 141.  FLIR Systems II | A | Dividend | J | T | Buy | 06/23/16 | J | | |
| 142.  Spectra II | A | Dividend | J | T | Buy | 06/27/16 | J | | |
| 143.  Target II | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 144.  EOG II | A | Dividend | J | T | Buy | 07/26/16 | J | | |
| 145.  Intuitive Surgical II | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 146.  Fanuc II | A | Dividend | J | T | Buy | 08/01/16 | J | | |
| 147.  GE II | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 148.  Foundation Medicine II | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 149.  Range Resources II | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 150.  Datalogoics II | A | Dividend | J | T | Buy | 09/13/16 | J | | |
| 151.  Royal Dutch II | A | Dividend | J | T | Buy | 12/28/16 | J | | |
| 152.  Amazon III | A | Dividend | J | T | | | | | |
| 153.  Expedia III | A | Dividend | | | Sold | 04/25/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Marriott, Intl III | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 155. Nike III | A | Dividend | | | Sold | 11/15/16 | J | A | |
| 156. Starbucks III | A | Dividend | K | T | | | | | |
| 157. TJX III | A | Dividend | J | T | | | | | |
| 158. VF Corp III | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 159. Disney III | A | Dividend | J | T | | | | | |
| 160. Costco Wholesale Corp III | A | Dividend | | | Sold | 06/14/16 | J | A | |
| 161. CVS III | A | Dividend | J | T | | | | | |
| 162. Nestle III | A | Dividend | J | T | | | | | |
| 163. Tyson Foods III | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 164. Unilever ADR III | A | Dividend | J | T | | | | | |
| 165. EOG III | A | Dividend | J | T | | | | | |
| 166. Exxon III | A | Dividend | J | T | | | | | |
| 167. Schlumberger, Ltd. III | A | Dividend | J | T | | | | | |
| 168. Suncor Energy, Inc. III | A | Dividend | | | Sold | 02/11/16 | J | A | |
| 169. American International Group III | A | Dividend | | | Sold | 06/14/16 | J | A | |
| 170. Berkshire Hathaway, Inc. (Cl. B) III | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Citigroup III | A | Dividend | J | T | | | | | |
| 172. CME Group, Inc. III | A | Dividend | J | T | | | | | |
| 173. Goldman Sachs Group, Inc. III | A | Dividend | J | T | | | | | |
| 174. NASDAQ, Inc. III | A | Dividend | J | T | | | | | |
| 175. Starwood Property Tr. Inc. III | A | Dividend | J | T | | | | | |
| 176. US Bancorp III | A | Dividend | J | T | | | | | |
| 177. VISA, Inc, III | A | Dividend | J | T | | | | | |
| 178. Washington Federal, Inc. III | A | Dividend | J | T | | | | | |
| 179. Henry Schein, Inc., III | A | Dividend | J | T | | | | | |
| 180. Illumina, Inc. III | A | Dividend | J | T | | | | | |
| 181. Johnson & Johnson III | A | Dividend | J | T | | | | | |
| 182. Merck & Co., Inc. III | A | Dividend | J | T | | | | | |
| 183. Novartis AG (ADR) III | A | Dividend | | | Sold | 02/11/16 | J | A | |
| 184. Quintiles Trans. Holdings III | A | Dividend | | | Sold | 06/15/16 | J | A | |
| 185. Roches Hldg. Ltd. (ADR) III | A | Dividend | | | Sold | 09/09/16 | J | A | |
| 186. UnitedHealth Group, Inc. III | A | Dividend | | | Sold | 11/15/16 | J | A | |
| 187. Daifuku Co. Ltd. III | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Danaher Corp III | A | Dividend | | | Sold | 09/09/16 | J | A | |
| 189. Delta Airlines, Inc. III | A | Dividend | J | T | | | | | |
| 190. Kuku AG III | A | Dividend | | | Sold | 06/03/16 | J | A | |
| 191. Roper Technologies III | A | Dividend | | | Sold | 06/24/16 | J | A | |
| 192. 3M Co. III | A | Dividend | J | T | | | | | |
| 193. Accenture III | A | Dividend | J | T | | | | | |
| 194. Alphabet Inc. (Cl. A) III | A | Dividend | J | T | | | | | |
| 195. Apple Computer III | A | Dividend | J | T | | | | | |
| 196. Cicso Systems, Inc. III | A | Dividend | J | T | | | | | |
| 197. Microsoft Corp. III | A | Dividend | J | T | | | | | |
| 198. NVIDIA Corp. III | A | Dividend | J | T | | | | | |
| 199. Red Hat, Inc. III | A | Dividend | | | Sold | 05/24/16 | J | A | |
| 200. Ecoslabs III | A | Dividend | J | T | | | | | |
| 201. Praxiar, Inc III | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 202. Verizon III | A | Dividend | | | Sold | 11/01/16 | J | A | |
| 203. American Electric Power | A | Dividend | J | T | | | | | |
| 204. NexEra Energy Inc. III | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. NJ Bell Tel Co. III | A | Interest | J | T | | | | | |
| 206. FSRPX III | A | Dividend | J | T | | | | | |
| 207. Royal Dutch III | A | Dividend | J | T | Buy | 03/23/16 | J | | |
| 208. Datalogic III | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 209. Nordia Bank III | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 210. Target III | A | Dividend | J | T | Buy | 06/13/16 | J | | |
| 211. FLIR III | A | Dividend | J | T | Buy | 06/13/16 | J | | |
| 212. Pepsico III | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 213. General Mills III | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 214. Spectra III | A | Dividend | J | T | Buy | 06/27/16 | J | | |
| 215. Intuitive Surgical III | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 216. Fanuc III | A | Dividend | J | T | Buy | 08/01/16 | J | | |
| 217. GE III | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 218. Foundation Medecine III | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 219. Range Resource III | A | Dividend | J | T | Buy | 11/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 5/5/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy B. Firestone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544